UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:

**Lamontico Mezzrow Melvin and Aisha Ghennet Bell Melvin**
a/k/a Lamantico M Melvin, Aisha Ghennet Bell, Aisha Ghennet Melvin, Aisha Bell, Aisha G Bell Melvin
S.S. Nos.: xxx-xx-2621 and xxx-xx-3751
Mailing Address: 780 S. Buckeye Drive, Raeford, NC 28376-

Case No. 10-82180

Debtors.

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtors have filed for relief under Chapter 13 of the United States Bankruptcy Code on November 30, 2010.

The filing automatically stays collection and other actions against the Debtors, Debtors' property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtors' proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: December 17, 2010

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
_____
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtors
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

Case 10-82180   Doc 12   Filed 12/17/10   Page 1 of 6

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

**Date:** 11/19/10
**Lastname-SS#:** Melvin-2621

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | Hoke County Taxes | 5 | House & Lot |
| | | | |
| | | | |
| | | | |
| | | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| Festiva Resorts | Time Share |
| Festiva Management | Time Share |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | Hoke County Taxes | 5 | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | Chase Home Mortage | 1 | $1,990 | ** |
| | Fort Bragg FCU | 4 | $886 | ** |
| | | | | ** |
| | | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| None | |
| | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Chase Home Mortage | 4 | $633 | N/A | n/a | $633.00 | 1st DOT House & Lot |
| | Fort Bragg FCU | 4 | $222 | N/A | n/a | $222.00 | 2nd DOT House & Lot |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | None | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Santander Consumer USA | 6 | $10,276 | 5.00 | $85 | $218.04 | 2003 Cadillac Escalade |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### ATTORNEY FEE (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,800 |

### SECURED TAXES

| | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

### UNSECURED PRIORITY DEBTS

| | Amount |
|---|---|
| IRS Taxes | |
| State Taxes | |
| Personal Property Taxes | $216 |
| Alimony or Child Support Arrearage | |

### CO-SIGN PROTECT (Pay 100%)

| | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

### GENERAL NON-PRIORITY UNSECURED

| | | Amount** |
|---|---|---|
| DMI= | $191 | $11,460 |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$1,431** per month for **60** months, then

$ N/A per month for N/A months.

Adequate Protection Payment Period: **3.97** months.

Sch D # = The number of the secued debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE                (Page 4 of 4)
Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

### Other Miscellaneous Provisions

Plan to allow for 3 "waivers". Interest on EAE at fed. judgment rate
Please pay out equity above exemptions in the amount of $12,100 to unsecured priority and then general unsecured creditors.

# CERTIFICATE OF SERVICE

I, Kaelyn McCollum, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**


                          /s Kaelyn McCollum
                          Kaelyn McCollum

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Experian
P.O. Box 2002
Allen, TX 75013-2002

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

Internal Revenue Service (ED)**
Post Office Box 7346
Philadelphia, PA 19101-7346

US Attorney's Office (ED)**
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

AFA Protective Systems, Inc.
155 Michael Drive
Syosset, NY 11791

American Express
Post Office Box 981535
El Paso, TX 79998-1535

American General Financial Services
5353 Red Tip Road
Suite 109
Fayetteville, NC 28314-1567

American Medical Collection Agency
2269 South Saw Mill River Road
Building 3
Elmsford, NY 10523

Bank of America
Post Office Box 15027
Wilmington, DE 19850-5027

Beneficial
c/o HSBC
Post Office Box 17904
San Diego, CA 92177

Best Buy
c/o Household Retail Services
Post Office Box 15521
Wilmington, DE 19850-5521

Bullard Furniture
4901 Morganton Road
Fayetteville, NC 28314-1591

CAC Corp
2601 NW Expressway
Suite 1000 East
Oklahoma City, OK 73112-7236

Capital One Bank
Post Office Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank
Attn: Bankruptcy Department
Post Office Box 85167
Richmond, VA 23285-5167

Chase Home Mortgage
P.O. Box 78420
Attn: Managing Agent
Phoenix, CA 85052-8420

Childcare Network
c/o JGRHM&ASSC
4108 Park Road
Suite 409
Charlotte, NC 28209

Citibank
Post Office Box 6500
Sioux Falls, SD 57117-6500

Citifinancial
3950 Regent Boulevard
S2A-283
Irving, TX 75063-2244

Consumer Credit Counseling
Post Office Box 2009
Fayetteville, NC 28302-2009

Credit Bureau of Greensboro
Post Office Box 26140
Greensboro, NC 27402-0040

Credit Collection Services
Two Wells Avenue
Dept. 587
Newton Center, MA 02459

Credit Management, LP
4200 International Parkway
Carrollton, TX 75007-1906

Cumberland County Tax Collector
Post Office Box 449
Fayetteville, NC 28302-0449

Cumberland Family Practice
Post Office Box 1647
Etowah, NC 28729-1647

Dr. Ngozika Daka DMD, PA
4155 Ferncreek Drive
Suite 101
Fayetteville, NC 28314

DirecTV
Post Office Box 6550
Greenwood Village, CO 80155-6550

Discover Card Services
Post Office Box 30943
Salt Lake City, UT 84130

Festiva Management Group
Ellington II
One Vance Gap Road
Asheville, NC 28805

Festiva Resorts
Post Office Box 29352
Phoenix, AZ 85038-9352

Fort Bragg Federal Credit Union
Attn: Collection Department
Post Office Box 70240
Fort Bragg, NC 28307-0240

Fort Bragg Federal Credit Union
Attn: Managing Agent
Post Office Box 70240
Fort Bragg, NC 28307-0240

Gold's Gym
c/o National Fitness Financial
1645 East Highway 193
Suite 100
Layton, UT 84040

Hoke County Tax Collector
Post Office Box 217
Raeford, NC 28376-0217

Internal Revenue Service
Post Office Box 21126
Philadelphia, PA 19114-0326

NCO Financial
2675 Breckinridge Boulevard
Duluth, GA 30096

NCO Financial Systems, Inc.
Post Office Box 15760
Dept 07
Wilmington, DE 19850-5760

NCO Financial Systems, Inc.
Post Office Box 15630
Dept 03
Wilmington, DE 19850

North Carolina Department of Revenue
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

North Carolina Dept of Revenue
Post Office Box 1168
Raleigh, NC 27602-1168

North Carolina Employment Secur
Commission
Post Office Box 26504
Raleigh, NC 27611-6504

Quest Diagnostics
1901 Sulphur Spring Road
Halethorpe, MD 21227

Sallie Mae
Post Office Box 9500
Wilkes Barre, PA 18773-9500

Santander Consumer USA
Attn: Managing Agent
Post Office Box 560284
Dallas, TX 75356-0284

Smith Debnam Narron Drake Sai
& Myers, L.L.P
P.O. Box 26268
Raleigh, NC 27611

Sports Illustrated
Post Office Box 60001
Tampa, FL 33660-0001

Sylvan Learning Center
c/o National Enterprise Systems
29125 Solon Road
Solon, OH 44139-3442

Tate & Kirlin Associates
2810 Southhampton Road
Philadelphia, PA 19154

The Children's Place Plan
PO Box 653054
Dallas, TX 75265-3054

The Law Offices of John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

Time Warner Cable
101 Innovation Avenue
Suite 100
Morrisville, NC 27560-8586

United Collection Bureau, Inc.
5620 Southwyck Boulevard
Suite 206
Toledo, OH 43614-1501

United Recovery Systems, Inc.
5800 North Course Drive
Houston, TX 77072-1613

US Attorney's Office
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858

US Department of Education
Direct Loan Servicing Center
Post Office Box 5609
Greenville, TX 75403-5609

US Department of Education
Post Office Box 5202
Greenville, TX 75403-5202

US Department of Education
Post Office Box 13328
Richmond, VA 23225-0328

Verizon Wireless
3 Verizon Place
Mail Code #3B1
Alpharetta, GA 30004

Victoria's Secret
c/o WFNNB
Post Office Box 182125
Columbus, OH 43218-2125

XKD - Fayetteville World Gym Member
16969 Texas Avenue
Suite 500
Webster, TX 77598