# LAW OFFICES OF
# John T. Orcutt

**Mailing address:**
6616 Six Forks Rd.
Suite 203
Raleigh, NC 27615

**Telephone:**
(919) 847-9750
(800) 899-1414
(919) 847-3439 (fax)

**Offices:**
Raleigh
Durham
Fayetteville
Wilson



April 12, 2011

Fran Bumgarner
Durham Chapter 13 Office
302 E. Pettigrew St. Building B, Ste 140
Durham NC 27701

Re:  Debtor         Aisha Melvin
     Case No.       10-82180- -

Dear Fran:

Please find attached a voluntary dismissal form for the Debtor Aisha Melvin. Please note that this voluntary dismissal form ONLY pertains to Ms. Melvin. Her husband/co-debtor Lamontico Melvin, wishes to remain under Chapter 13 bankruptcy protection.

Thank you for your kind attention to this matter.

Sincerely,

Koury Hicks
Attorney

letterhd.wpt(rev. 10/7/07)

RECEIVED
APR 15 2011
RICHARD M. HUTSON, II
CHAPTER 13 STANDING TRUSTEE
DURHAM, NC

# VOLUNTARY DISMISSAL

TO:     DURHAM CHAPTER 13 OFFICE

FROM:   Aisha Melvin - ONLY

CASE NO.: 245-59-262    10-82180

I/We herby request a voluntary dismissal from my/our Chapter 13 Plan.

*Aisha Melvin*
**DEBTOR SIGNATURE**

780 South Buckeye Dr  Raeford NC 28376
**ADDRESS**

*Aisha Melvin*       *Aisha Melvin*
**DEBTOR SIGNATURE**

_____
**ADDRESS**

*[signature]*
**DEBTOR(S) ATTORNEY SIGNATURE (required)**

THIS THE ___6___ DAY OF __April__, 2011

☑ I request to voluntarily dismiss from the above mentioned case pursuant to a Debt Repayment Plan provided to the Chapter 13 Office.

This request only seeks to dismiss co-debtor Aisha Melvin.

RECEIVED
APR 15 2011
RICHARD M. HUTSON, II
CHAPTER 13 STANDING TRUSTEE
DURHAM, NC