Form 247

# UNITED STATES BANKRUPTCY COURT

Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 10–82180

IN THE MATTER OF:
Aisha Ghennet Bell Melvin    xxx–xx–3751
aka
Aisha Ghennet Bell

780 S. Buckeye Drive
Raeford, NC 28376

   Debtor(s)

## NOTICE OF ORDER DISMISSING DEBTOR

To: Debtor, Its Creditors and Other Parties in Interest:

**TAKE NOTICE THAT** on 4/18/11

an Order was entered by the United States Bankruptcy Court, dismissing the above named debtor.

Dated: 4/18/11                                           OFFICE OF THE CLERK/ smw