C-13-22(a)FTP
(Rev. 6/04)

## UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | AMENDED |
| Lamontico Mezzrow Melvin | ) | DISMISSAL ORDER |
| Aisha Ghennet Bell Melvin | ) | CHAPTER 13 |
| | ) | |
| | ) | |
| | ) | No. B-10-82180 C-13D |
| | ) | |
| Debtor(s) | ) | |

For sufficient reasons appearing and after notice as required by law; it is

ORDERED that the case of <u>Aisha Ghennet Bell Melvin</u> be dismissed prior to confirmation upon written request of the Debtor(s); and, it is further

ORDERED that the Standing Trustee is authorized to retain from any funds on hand in the case for noticing costs in the amount of $.50 per notice plus $75.00 for expenses with the balance of the funds to be disbursed pursuant to the confirmed plan.

Lamontico M. Melvin
Aisha G.B. Melvin
780 S. Buckeye Drive
Raeford, NC 28376

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
Standing Trustee
Post Office Box 3613
Durham, NC 27702