# UNITED STATED BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

IN THE MATTER OF:        )        No. B-10-82180  C-13D
Lamontico M. Melvin      )
                         )
                         )
       Debtor(s)         )

## ORDER DENYING CONFIRMATION OF PLAN

On June 16, 2011, a hearing was held on confirmation of the Debtor's proposed plan. At the hearing, Koury Hicks, Esq. appeared on behalf of the Debtor, and Benjamin E. Lovell, Esq. appeared on behalf of the Standing Trustee. The Court, after considering the proposed plan and having heard and considered the statements of counsel and the attorney for the Trustee, finds that the proposed plan should not be confirmed; therefore, it is ORDERED:

1. Confirmation of the Debtor's proposed plan is denied without prejudice.

2. The Debtor shall have 30 days from June 16, 2011, within which to amend his proposed plan, or file a new proposed plan, and in the event an amended or new proposed plan is not is timely filed, this case shall be automatically dismissed upon Motion of the Standing Trustee without further notice and hearing.

# PARTIES IN INTEREST
Page 1 of 1
10-82180 C-13D

**ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER**