# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

IN RE:                                                    CASE NO. 10-82180
    LAMONTICO MEZZROW MELVIN
        Debtor(s)                                  CHAPTER 13


## APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE

Now comes Back Bowl I LLC, a creditor and party in interest in the above styled action, pursuant to Federal Rule of Bankruptcy Procedure 2002(g), and requests that all notices required to be mailed or served in this case be directed to:

    Elizabeth H. Parrott
    Weinstein & Riley, P.S.
    Post Office Box 23408
    Nashville, TN 37202

Further, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Elizabeth H. Parrott hereby enters Notice of Appearance as Counsel in this matter on behalf of BACK BOWL I LLC.


Dated: July 15, 2011        /s/ Elizabeth H. Parrott
                                    Elizabeth H. Parrott  34704
                                    Weinstein & Riley, P.S.
                                    Post Office Box 23408
                                    Nashville, TN 37202
                                    (615) 742-9220
                                    Lizp2@w-legal.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

IN RE:  CASE NO. 10-82180

    LAMONTICO MEZZROW MELVIN

        Debtor(s)  CHAPTER 13

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2011, I electronically filed the foregoing Paper(s) with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

John T. Orcutt, Attorney for Debtor
Richard M. Hutson, II, Chapter 13 Trustee

The foregoing were also mailed via US mail postage prepaid

Dated: July 15, 2011        /s/ Elizabeth H. Parrott
                                       Elizabeth H. Parrott  34704
                                       Weinstein & Riley, P.S.
                                       Post Office Box 23408
                                       Nashville, TN 37202
                                       (615) 742-9220
                                       Lizp2@w-legal.com