C-13-15(c)(ECF)
(Rev. 11/04)

**UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: Lamontico Mezzrow Melvin | ) | **Motion and Order** |
| | ) | **Chapter 13** |
| | ) | |
| | ) | No. B-10-82180 C-13D |
| Debtor | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

On June 16, 2011, a hearing was held on the Objection by the Standing Trustee to confirmation of the Debtor's plan which was sustained. An Order was entered giving the Debtor thirty (30) day within which to file a new or amended proposed plan. The Debtor has failed to file a new or amended proposed plan.

The Standing Trustee respectfully recommends to the Court that this case be dismissed for failure of the Debtor to comply with the Court's Order entered June 24, 2011.

Date: July 22, 2011  s/Richard M. Hutson, II
    ltp  Richard M. Hutson, II, Standing Trustee

**ORDER**

Upon motion of the Standing Trustee and for good cause shown, it is

ORDERED that the relief as requested and recommended by the Standing Trustee is hereby granted and this case is dismissed; and, it is further

ORDERED that the Clerk mail a copy of this Motion and Order to each of the parties.

**PARTIES TO BE SERVED**
**10-82180 C-13D**

Lamontica M. Melvin
780 South Buckeye Drive
Raeford, NC 28376

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702